**Constance R. SPEED, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**United States Postal Service, Intervenor.**

No. 2007–3257.

United States Court of Appeals,
Federal Circuit.

Feb. 11, 2008.

## ORDER

Order Vacated, See 2008 WL 1744528.

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.